# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **MICHAEL GRASSI ET AL.,** | ) | **CASE NO. 1:18-cv-02619** |
| | ) | |
| | ) | **JUDGE PAMELA A. BARKER** |
| **Plaintiffs,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **JOHN GRASSI, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The jurors in the above-captioned case were provided meals during deliberations on March 13, 2020, and the expense for same shall be paid by the Court.

**IT IS SO ORDERED.**


Dated: March 13, 2020        *s/ Pamela A. Barker*
                                                        PAMELA A. BARKER
                                                        UNITED STATES DISTRICT JUDGE