IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MICHAEL GRASSI ET AL.,**           **CASE NO. 1:18-cv-02619**

          **Plaintiffs,**
    **-vs-**                          **JUDGE PAMELA A. BARKER**

**JOHN GRASSI ET AL.,**
                                    **JUDGMENT ENTRY**
          **Defendants.**

This matter came before the Court for a jury trial beginning on March 9, 2020. On March 13, 2020, the Jury returned its verdict in favor of the Defendants. In accordance with the verdict in this case, the Court hereby enters judgment in favor of the Defendants John Grassi and Alotech Limited, LLC.

    **IT IS SO ORDERED.**

                                                            *s/Pamela A. Barker*
                                                            PAMELA A. BARKER
Date:  March 13, 2020                                U. S. DISTRICT JUDGE