UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MINUTES OF PROCEEDINGS**  Date: November 16, 2021

Case No.: 1:18-CV-02619-PAB

Court Reporter: None

PAMELA A. BARKER
United States District Judge

Michael Grassi, et al.,

v.

John Grassi, et al.

APPEARANCES:  For Plaintiff:  Michael Pasternak, Jeffrey Saks

For Defendant:  Suzanne Bretz Blum, John Moye

PROCEEDINGS Status Conference conducted. The Court addressed the parties' arguments regarding the possible reopening of discovery as raised in their respective status reports, and Plaintiffs' Motion to Reopen Discovery filed on November 15, 2021 (Doc. No. 90). The Court concluded that it would not allow discovery to be reopened and denied Plaintiffs' Motion requesting same. However, the Court advised the parties that they would be able to supplement the previous discovery conducted before the first trial, within 60 days of the status conference, as follows:

- The parties are permitted to serve on one another a single document request regarding the existence and location of original copies of three documents.
- Plaintiffs represented that they have recently accessed certain documents that were located on an old computer belonging to Michael Grassi. Plaintiffs shall supplementally produce any documents retrieved from this computer that are responsive to any discovery requests that Defendants had previously served upon Plaintiffs. Based upon the contents of these

- recently retrieved documents, Plaintiffs may request that Defendants supplement any discovery requests Plaintiffs had previously served upon Defendants.
- Plaintiffs agreed to consult the document requests previously served upon them and provide exemplars of Michael Grassi's handwriting to Defendants if such documents are in accordance with discovery requests that were previously served.
- Plaintiffs' counsel agreed to inquire of Michael Grassi regarding any intellectual property, such as videos or other materials, that he may have in his possession that are the property of Defendants. Plaintiffs shall return any unauthorized materials in their possession to Defendants.

Plaintiffs' counsel apprised the Court and Defendants' counsel that he intends to file a Motion to Dismiss under Rule 41(a). The Court granted leave for Defendants to take a trial preservation deposition of Dr. John Campbell via videoconference.

Lastly, the Court and counsel discussed the trial date and associated schedule. With input from the parties, the Court scheduled a trial to begin on May 31, 2022 at 8:30 am in Courtroom 16A. A Final Pre-Trial Conference is scheduled for May 13, 2022 at 9 am. Motions in Limine shall be filed 28 days before trial, with any Oppositions to the Motions in Limine filed 7 days thereafter. Trial Briefs, Exhibit Lists, and Witness Lists shall be filed 14 days before trial.

Time: 1 hour 8 minutes                                                s/Kim Perhacs
                                                                       Courtroom Deputy Clerk