UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MINUTES OF PROCEEDINGS**     Date: May 23, 2022

Case No.: 1:18-cv-02619

Court Reporter: None

PAMELA A. BARKER
United States District Judge

MICHAEL GRASSI, et al.

v.

JOHN GRASSI, et al.

APPEARANCES:     For Plaintiff:     Suzanne Bretz Blum
John M. Moye
Cole Ramey
Steven Moore

For Defendant:     Michael B. Pasternak
Jeffrey W. Saks

PROCEEDINGS: Case status conference held.  As separately set forth on the docket, the Court grants Plaintiffs' Motion to Continue the Trial Date (Doc. No. 125).  If Defendants seek reimbursement for nonrefundable third-party costs associated with the granting of the Motion to Continue, any motion detailing such request is due by May 30, 2022.  Plaintiffs may respond in opposition within seven (7) days of Defendants' motion.  Parties are to submit their availability for a November 28, 2022 or December 5, 2022 trial start date within fourteen (14) days of this conference.  A new Trial Order will then issue.  All previous Trial Order deadlines that have passed will remain as such.  Objections to witnesses or exhibits will be due to the Court fourteen (14) days prior to trial, and Joint Stipulations and a Joint Preliminary Statement will be due to the Court seven (7) days prior to trial.

      The Court also grants the parties' Joint Motion for Leave to Substitute the Parties' Joint Proposed Jury Instructions (Doc. No. 131).  Hard copies of the Joint Proposed Jury Instructions must be submitted to Chambers as required by the Trial Order.

      Further, the Court will not issue a jury questionnaire prior to trial, but will incorporate certain of the parties' proposed jury questionnaire questions into the Court's voir dire.  The parties will then have an opportunity to question the jury panel.  The Court is preliminarily not inclined to allow the questions proposed by Plaintiffs, and objected to by Defendants, but will allow Plaintiffs to place their questions and argument for allowing such questions on the record.

Time: 30 minutes                                       s/Kim Perhacs  
                                                              Courtroom Deputy Clerk