# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL GRASSI, *et al.*, | ) Case No. 1:18-CV-2619-PAB |
| | ) |
| | ) Judge Pamela A. Barker |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN GRASSI, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## PROPOSED JOINT STIPULATIONS OF FACT

Pursuant to the Court's Civil Trial Order dated June 3, 2022 (ECF Doc. 137), plaintiffs Michael Grassi and CFOM, Inc., and defendants John Grassi and Alotech Limited LLC, submit this proposed joint stipulations of fact to the Court.

\* \* \*

**Proposed Joint Stipulations of Fact**

1. John Grassi and Michael Grassi are twin brothers.

2. John Grassi is the sole owner and President of Alotech Limited, LLC.

3. Michael Grassi is the sole owner of CFOM, Inc

4. Charles Rizzuti is not, and has never been, an employee of Alotech.

November 28, 2022                    Respectfully submitted,

                                                                                 */s/ Jeffrey Saks*
                                               Michael B. Pasternak (Ohio Bar No. 0059816)
                                               E-mail: *Mpasternak1@msn. com*
                                               **THE LAW OFFICE OF MICHAEL PASTERNAK**
                                               3681 South Green Road, Suite 411
                                               Beachwood, Ohio 44122
                                               Telephone: (216) 360-8500

                                               Jeffrey Saks (Ohio Bar No. 0071571)
                                               E-mail: *jsaks@sakslawoffice.com*
                                               **THE SAKS LAW OFFICE, LLC**
                                               3681 South Green Road, Suite 411
                                               Beachwood, Ohio 44122
                                               Telephone: (216) 255-9696

                                               *Counsel for Plaintiffs Michael Grassi and CFOM, Inc.*


                                               -and-


                                               */s/ Suzanne Bretz Blum*
                                               Suzanne Bretz Blum (0047231)
                                               Brouse McDowell
                                               600 Superior Avenue East, Suite 1600
                                               Cleveland, Ohio 44114
                                               P: (216) 830-6830 / F: (216) 830-6807
                                               sblum@brouse.com

                                               */s/ John M. Moye*
                                               John M. Moye (GA Bar 685211)*
                                               Barnes & Thornburg LLP
                                               3475 Piedmont Road, Suite 1700
                                               Atlanta, Georgia 30305
                                               P: (404) 264-4006 / F: (404) 264-4003
                                               jmoye@btlaw.com

                                               */s/ Cole Ramey*
                                               Cole Ramey (TX Bar No. 16494980)*
                                               Kilpatrick Townsend & Stockton, LLP
                                               2001 Ross Avenue, Suite 4400
                                               Dallas, Texas 75201
                                               P: (214) 922-7100 / F: (214) 922-7101
                                               cramey@kilpatricktownsend.com

*/s/ Steven Moore*
Steven Moore (CA Bar No. 290875)*
Kilpatrick Townsend & Stockton, LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
P: (415) 273-4741 / F: (415) 651-8510
smoore@kilpatricktownsend.com

\* Admitted *Pro Hac Vice*

*Counsel for Defendants*