**IT IS SO ORDERED.**

s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL GRASSI, *et al.*, | ) | Case No. 1:18-CV-2619-PAB |
| | ) | |
| | ) | Judge Pamela A. Barker |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN GRASSI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Joint Stipulated Notice of Dismissal With Prejudice**

Plaintiffs Michael Grassi and CFOM, Inc. ("Plaintiffs") and defendants John Grassi and Alotech Limited, LLC ("Defendants") (collectively the "Parties" and each individually a "Party") have reached a confidential settlement to resolve their claims and counterclaims against each other in the above-captioned case as set forth in a Binding and Enforceable Term Sheet that was executed in the presence of the Court on December 5, 2022 and read into the record, as reflected in the Court's December 7, 2022 Minutes of Proceeding.  (ECF Doc. 176.)

Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties jointly and voluntarily stipulate to the dismissal of their respective claims and counterclaims against each other, with prejudice.  Each Party is to bear their owns costs and attorneys' fees, and the Court is to retain jurisdiction over the Parties' settlement as set forth in the Binding and Enforceable Term Sheet.

December 28, 2022

Respectfully submitted,

/s/ *Jeffrey Saks*
Michael B. Pasternak (Ohio Bar No. 0059816)
E-mail: *Mpasternak1@msn. com*
**THE LAW OFFICE OF MICHAEL PASTERNAK**
3681 South Green Road, Suite 411