IT IS SO ORDERED.

s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GRASSI, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN GRASSI, et al., <br><br> Defendants. | Case No. 1:18-CV-2619-PAB <br><br> Judge Pamela A. Barker |

## MOTION FOR LEAVE TO FILE (1) RESPONSE TO MOTION REGARDING ESCROW UNDER SEAL AND (2) REDACTED VERSION OF SAME ON THE PUBLIC DOCKET

Pursuant to Fed. R. Civ. P. 7(b)(1), Local Rule 5.2, and this Court's Protective Order entered on March 11, 2019 (Doc. No. 23), Defendants John Grassi and Alotech Limited, LLC ("Alotech") move this Court for an order granting Alotech leave to file (a) an unredacted version of its Response to Plaintiffs' Motion Regarding Escrow (Doc. No. 232) (the "Response") under seal, and (b) a redacted version of same on the public docket. In support of this motion, Alotech states as follows: